UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01794 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7 ) |

　　　　On February 20, 2017, the plaintiff filed a notice of voluntary dismissal. (Doc. 7) Therefore, the Court **ORDERS**:

　　　　1.　　The stipulation to dismiss the action **SHALL** be filed no later than April 21, 2017;

　　　　2.　　All pending dates, conferences and hearings are **VACATED** and the motion for summary judgment is **MOOT**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**February 21, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE